UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| DANIEL DENSON,<br><br>        Plaintiff,<br><br>v.<br><br>ELECTRIC BOAT CORPORATION,<br><br>        Defendant. | Civil Action No.:<br>Filing Date:  August 16, 2018 |

## NOTICE OF REMOVAL

Defendant Electric Boat Corporation ("Electric Boat") files this Notice of Removal pursuant to 28 U.S.C. §§ 1441 and 1446.  In support thereof, Defendant states the following:

**Preliminary Statement of Claims**

1. Plaintiff Daniel Denson ("Plaintiff") brought an action against Electric Boat in the Superior Court Judicial District of New London at New London, Connecticut, Case No. KNL-CV18-6036527-S. (the "State Court Action").  On July 17, 2018, Electric Boat received a copy of the Summons and Complaint.  No further proceedings have occurred therein.

2. In his Complaint in the State Court Action, Plaintiff alleges violations of the Americans with Disabilities Act (42 U.S.C. § 12101, *et seq.*), Conn. Gen. Stat. § 46a-60, the Age Discrimination in Employment Act (29 U.S.C. § 621, *et seq.*), and the Family Medical Leave Act (29 U.S.C. ¶ 2615(a)(2)).

3. Defendant has not yet answered, moved, or otherwise responded to the Complaint in the State Court Action.

## Venue

4. In accordance with 28 U.S.C. § 1441(a), venue lies in the United States District Court for the District of Connecticut because the State Court Action was filed within this judicial district and division.

## Grounds for Removal

5. Pursuant to 28 U.S.C. § 1441(a), any civil action brought in a state court which the district courts of the United States have original jurisdiction, may be removed by the Defendant, to the district court of the place where such action is pending.

6. Pursuant to 28 U.S.C. § 1331, the district courts shall have original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States.

7. This Court has federal question jurisdiction over this case because Plaintiff has alleged a violation of the Americans with Disabilities Act (Count One, ¶ 7), the Age Discrimination in Employment Act (Count Five, ¶ 7), and the Family Medical Leave Act (Count Six, ¶ 8, Count Seven, ¶ 8).

8. This Court has supplemental jurisdiction over the remaining Counts in the Complaint pursuant to 28 U.S.C. § 1367 because it is so related to the claims in the action within the Court's original jurisdiction that they form part of the same case or controversy.

## Timeliness of Removal

9. Defendant was served with Plaintiff's Complaint on July 17, 2018. Defendant files this Notice of Removal within thirty (30) days after receipt of the Complaint setting forth the claims for relief upon which the action is based, and the time for filing this Notice of Removal pursuant to 28 U.S.C. § 1446(b) has not expired. Filed herewith as Exhibit A are true

and correct copies of all process, pleadings, and orders served upon Defendant in the State Court Action, as provided by 28 U.S.C. § 1447.

### **Proper Notice of Removal**

10. Defendant will promptly file a true and correct copy of its Notice of Removal with the State Court as provided by 28 U.S.C. § 1446(d), a copy of which is attached as <u>Exhibit B</u>.

11. Defendant is further serving on counsel for Plaintiff a "Notice to Adverse Parties of Removal of State Action to the U.S. District Court for the District of Connecticut," a copy of which is attached as Exhibit <u>C</u>.

### **Miscellaneous Issues**

12. By filing this Notice of Removal, Defendant does not waive any defense that may be available to it, including, but not limited to, service, service of process, sufficiency of process, venue, or jurisdiction, and specifically reserves the right to assert any defenses and/or objections to which it may be entitled.

WHEREFORE, Defendant removes the State Court Action to this Court's jurisdiction.

                Respectfully submitted,

                **ELECTRIC BOAT CORPORATION,**

                By its attorneys,

                ***/s/ Shane Goodrich***
                Robert Joy (Bar No. ct14563)
                Shane Goodrich (Bar No. ct29755)
                **MORGAN, BROWN & JOY, LLP**
                200 State Street, 11th floor
                Boston, MA  02109
                T: (617) 523-6666
                F: (617) 367-3125
                E: rjoy@morganbrown.com
Dated: August 16, 2018       E: sgoodrich@morganbrown.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on August 16, 2018, I served a copy of the foregoing document via first class mail, postage prepaid, on Lorenzo J. Cicchiello, Esq., Cicchiello & Cicchiello, LLC, 582 West Main Street, Norwich, CT 06360.

                                              ***/s/ Shane Goodrich***
                                              Shane Goodrich, Esq.