```
             UNITED STATES DISTRICT COURT
               DISTRICT OF CONNECTICUT
```

DANIEL DENSON,                    :
                                  :
        Plaintiff,            :
                                  :
  v.                              :   CASE NO. 3:18CV1395(AWT)
                                  :
ELECTRIC BOAT CORP.,              :
                                  :
        Defendant.            :

## ORDER

    The parties have reported that this action has been settled in full.  Rather than continue to keep the case open on the docket, the Clerk is directed to administratively close the file without prejudice to reopening on or before March 22, 2019.

    If the parties wish to file a stipulation or dismissal (for approval by the court or simply for inclusion in the court's file), they may do so on or before March 22, 2019.

    The date set forth in this order may be extended for good cause pursuant to a motion filed in accordance with Local Rule 7(b).

    It is so ordered.

    Dated at Hartford, Connecticut this 24th day of January, 2019.

                                                      /s/AWT
                                        Alvin W. Thompson
                                  United States District Judge